# EXHIBIT "A"

**Central Financial Control**
BOX 830913 (Use mail address below)
Birmingham, AL 35283-0913

Page: 1 of 2
February 26, 2016



008094
0101

Customer Service 1(800)300-7192
M/T/F 8:00-6:30 W-TH 8:00-8:00 CT

CHANGE SERVICE REQUESTED

**ASHLEY M. CARPENTER**
Facility:           Palm Beach Gardens Medical Center
Account Number:
Patient Reference Number:
Date(s) of Service:           05/31/2015 - 05/31/2015
Hospital Code:                333
Message ID:                   01

#BWNHDKX
#0170800003060016#

ASHLEY M. CARPENTER
WEST PALM BEACH, FL 33412-1121

**Account Summary**
Amount Owed . . . . . . . . . . . . . . . . . . $653.36

652879E (PC4)

## IMPORTANT INFORMATION

This notice has been sent by a collection agency, Central Financial Control. Your account(s) has been placed with this company for collection for the amount owed which is stated at the top of this notice. Your *payment is requested*. A return envelope is enclosed for your convenience.

Please note that the amount owed may increase or decrease depending on any amount that is or is not covered by health insurance or other third party coverage for medical services received from Palm Beach Gardens Medical Center; the same medical services that form the basis of this debt.

This has been sent by a debt collector, Central Financial Control. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

Any calls may be monitored or recorded for quality assurance.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office

▶▶▶

000006453-A

---

Detach and return bottom portion with payment. Please make checks or money orders payable in U.S. funds to CENTRAL FINANCIAL CONTROL and include your account number.

33350*TKP0IM4P4000055

February 26, 2016                                                  33350

**ASHLEY M. CARPENTER**
Account Number:
Patient Reference Number:

Date(s) of Service:     05/31/2015 - 05/31/2015

Phone: Central Financial Control (se habla Español)
Customer Service 1(800)300-7192
M/T/F 8:00-6:30 W-TH 8:00-8:00 CT
Account Specialist is SUE FOSTER
Q0618039 017080000306001

**AMOUNT AUTHORIZED / ENCLOSED $** _____

☐ Please check box if address above is incorrect or insurance information has changed, and indicate change(s) on reverse side.

0741241  022313365  000065336  4

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER                                                EXP. DATE (e.g. 11/09)

CARDHOLDER SIGNATURE                                       SECURITY CODE (required - on back of card)

CARDHOLDER NAME (please print)                             CARDHOLDER PHONE #

DUE DATE                            CURRENT BALANCE
                                       $653.36

**REMIT PAYMENT TO:**

CENTRAL FINANCIAL CONTROL
PO BOX 66044
ANAHEIM, CA 92816-6044

**Important information continued from front...** ▼▼▼

will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

00000645-3-B

**Changes to Personal Information**

**IMPORTANT! Information Updates**
If your address or insurance information is incorrect, please indicate change(s) below, and mail back in the provided envelope.

Any check sent as payment in full in relation to a billing dispute must be sent to:
CENTRAL FINANCIAL CONTROL * PO BOX 660873 * DALLAS TX 75266-0873

## Your Updated Mailing Address

Q0618039 01708000030

| MAILING ADDRESS | APT # | CITY | |
|---|---|---|---|
| STATE | ZIP CODE | TELEPHONE # | CELL # (OPTIONAL) |

## Your Updated Insurance Information

| PATIENT NAME | | PATIENT REFERENCE # | |
|---|---|---|---|
| ASHLEY M. CARPENTER | | 022313365 | |
| INSURANCE COMPANY NAME | | | |
| INSURED S NAME (If not patient) | EFFECTIVE DATE | INSURANCE ID # | GROUP # | PLAN # |
| RELATIONSHIP OF PATIENT TO INSURED ☐ SELF ☐ SPOUSE ☐ DEP.CHILD ☐ OTHER | INSURED S PHONE # | | INSURED S CELL # (OPTIONAL) |
| INSURED S EMPLOYER S NAME | | EMPLOYER S PHONE NUMBER # | |
| INSURED S DATE OF BIRTH    /    / | OTHER INFORMATION | | |