UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-81899-Civ-Marra/Matthewman

ASHLEY M. CARPENTER,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, LLC, d/b/a
CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## **PLAINTIFF'S MOTION TO AMEND**

Plaintiff, Ashley M. Carpenter, files this Motion to Amend her initial Complaint (DE 1) and, in support thereof, states as follows:

1. On November 20, 2017, Plaintiff filed her initial Complaint, (DE 1). Defendant has not yet answered. Presently pending before the Court is Defendant's Motion to Dismiss, (DE 13), which has not been ruled upon.

2. Plaintiff seeks to amend her Complaint to add class action allegations and attaches a copy thereof as Exhibit "A".

3. The case is just getting started, there has been no discovery, nor have the parties filed their Joint Scheduling Report, which is due Tuesday of next week, February 21, 2017. Defendant cannot be prejudiced by the amendment.

4. The standards for amendment are liberal especially when a litigant has not previously amended and the request is made early in the litigation.

5.      Plaintiff respectfully requests the amendment be deemed filed as of the date of this motion for two reasons: one, the one-year statute of limitations will run on or about February 26, 2017 and thus because Defendant has objected to this amendment, this motion may not be ruled upon until after the statute of limitations would otherwise run. And two, potential class members, who have claims arising during the pendency of this motion will be excluded while the motion is litigated. Many courts have held that amended complaints are deemed filed for statute of limitations and commencement purposes as of the date of the motion to prevent the very same prejudice articulated here. See, *Mayes v AT&T Information Systems, Inc*., 867 F.2d 1172,1173 (8 Cir. 1987).

### **CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

The undersigned communicated with counsel for the Defendant who acknowledged the liberal standards for amendment made it likely the motion would be granted yet objected by stating that Defendant did not believe there was any basis for the claim. Plaintiff respectfully asserts that issue is more appropriately dealt with via a motion to dismiss.

WHEREFORE, Plaintiff respectfully requests this Court permit Plaintiff to amend by filing her attached First Amended Complaint and deeming it filed as of the date of this motion, February 17, 2017.

Respectfully submitted,

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Fort Lauderdale, Florida 33339
>Telephone: (954) 537-2000
>Facsimile: (954) 566-2235
>don@donyarbrough.com
>
>s/Donald A. Yarbrough
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-81899-Civ-Marra/Matthewman

ASHLEY M. CARPENTER,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, LLC, d/b/a
CENTRAL FINANCIAL CONTROL,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 17, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Michael L. Ehren, Esq.
Lash and Goldberg LLP
Miami Tower, Suite 1200
100 South East 2nd Street
Miami, FL 33131
Telephone: 305-347-4040
Facsimile: 305-347-4050

Via Notices of Electronic Filing generated by CM/ECF